UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11 B 33413 |
| PETHINAIDU VELUCHAMY and | ) | |
| PARAMESWARI VELUCHAMY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| DERIVATIVELY ON BEHALF OF THE | ) | |
| ESTATE OF PETHINAIDU AND | ) | |
| PARAMESWARI VELUCHAMY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 12 A 01715 |
| | ) | |
| ARUN VELUCHAMY, ANU VELUCHAMY, | ) | |
| SONIA VELUCHAMY, OAKBROOK | ) | |
| FINANCIAL, INC., VELUCHAMY 2009 | ) | |
| DYNASTY TRUST, VASUDEVAKI NAIDU | ) | |
| JAGANATH NAIDU, RAJIV | ) | |
| PARTHASARATHY, ARJUN | ) | |
| PARTHASARATHY, PETHINAIDU | ) | |
| VELUCHAMY, AND PARAMESWARI | ) | |
| VELUCHAMY, | ) | |
| | ) | |
| Defendants | ) | |

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the reasons set out in the Memorandum of Decision filed together with this order, it is recommended that the District Court for the Northern District of Illinois (1) make the fact findings set out in Parts II.D.2 and II.D.9. of the Memorandum of Decision, and (2) enter the conclusions of law set out both in the Count VI discussion in Part III.B.3 and in the entirety of Part III.C-D of the Memorandum of Decision.

Dated: December 17, 2014

Eugene R. Wedoff
United States Bankruptcy Judge